UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN REDCLIFT, *Individually and as ADMINISTRATOR of the Estate of Stacy Redclift,*<br>Plaintiff<br>v.<br><br>SCHUYLKILL COUNTY ,*et. al.*<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 4:21-CV-1866<br><br><br><br>(ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that the Coledale Borough's, Matthew Jungbaer's, and Coledale Borough Police Department's Motion to Dismiss (Doc. 27) be GRANTED in part and DENIED in part as follows:

(1) The claims against Coledale Borough Police Department are DISMISSED.

(2) Coledale Borough Police Department is TERMINATED from this action.

(3) The official capacity claims against Officer Matthew Jungbaer are DISMISSED.

(4) The punitive damage claim against Coaldale Borough is DISMISSED.

(5) The Motion to Dismiss is DENIED in all other respects.

(6) Leave to amend is DENIED.

Date: August 31, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge