UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN REDCLIFT,<br>*Individually and as ADMINISTRATOR*<br>*of the Estate of Stacy Redclift,*<br>Plaintiff<br>v.<br><br>SCHUYLKILL COUNTY, *et. al.*<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 4:21-CV-1866<br><br>(ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) The Motion for Joinder by C/O Billie Jo Bender and C/O Ryan Parker (Doc. 94) is GRANTED. These defendants will be incorporated in the Schuylkill County Defendants' Motion to Dismiss, (Doc. 69), and accompanying briefs.

(2) The Motion to Dismiss filed by C/O Rebecca Bergan, C/O Kassandra Confer, C/O Christopher Fertig, C/O Justine Garcia, Elaine Gilbert, C/O Brian Gotshall, LT Thomas Hoban, Jr., LT. Gary Keppel, LT. Barron Line, C/O Kylee Rauenzahn, Schuylkill County, Schuylkill County Prison, C/O William Schweikert, C/O Robert Selgrade (Doc. 69) will be DENIED.

(3) The "official capacity" claims against Warden Berdanier and Elaine Gilbert are DISMISSED. The "individual capacity" claims against them will continue.

(4) The Motion to Dismiss is DENIED in all other respects.

(5) Leave to amend is DENIED.

Date: August 31, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge