UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN REDCLIFT, *Individually and as ADMINISTRATOR of the Estate of Stacy Redclift,*<br>Plaintiff<br>v.<br><br>SCHUYLKILL COUNTY ,*et. al.*<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 4:21-CV-1866<br><br><br>(ARBUCKLE, M.J.) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is ORDERED that the Motion to Dismiss filed by Paula Dillman-McGowan, CRNP, Catharine Galle, LPN, Carina Gross, LPN, Tara Hamm, LPN HSA, Nicole Hollywood, LPN, Alyssa Hysock, LPN, Kendal Jemiola, Nicole Macaluso, CRNP, PrimeCare Medical, Inc., Kimberly Ryan, LPN, Cayla Sullivan, LPN (Doc. 88) is DENIED.

Date: August 31, 2022

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge